PEOPLE EX REL. EMANUEL FITZGERALD, MAYOR OF PORT HURON, v. FRANK WHIPPLE ET AL., ALDERMEN.

*Mandamus to aldermen.*

Mandamus does not lie to compel aldermen to attend meetings of the common council, and to perform their general official duties regularly.

MOTION for order to show cause. Submitted Oct. 7. Denied Oct. 8.

*William T. Mitchell* for the motion.

PER CURIAM. A mandamus would be entirely inefficient in reaching the mischief complained of, as no court by such means could keep up a continuous or repeated attendance. Courts are not created to conduct the municipal affairs of cities, and nothing short of any such general supervision would reach such cases as the present. The remedy, if there is one, is not judicial. This is not a case where there is some specific right involved, but is a general violation of public duty.

Mandamus denied.